United States Bankruptcy Court
Southern District of Texas

**ENTERED**

March 19, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

IN RE:  Gary Everett Posey                     §      BANKRUPTCY NO.  25-31475
                                                §

---

## ORDER:  POSSIBLE FUTURE DISMISSAL OF CASE

1.      11 U.S.C. §521(a) requires Debtors to file certain information.  Fed. R. Bankr. P. 1007(c) requires Debtors to file the list of creditors with the petition and requires Debtors to file the balance of the documents required by §521(a)(1) within 14 days after the petition date, unless extended for good cause shown.

2.      The Clerk has determined that the Debtor(s) has failed to file the following documents:

   •      Form 106A/B, Schedule A/B (Property)
   •      Form 106C, Schedule C (The Property You Claim as Exempt)
   •      Form 106D, Schedule D (Creditors Who Have Claims Secured by Property)
   •      Form 106E/F, Schedule E/F (Creditors Who Have Unsecured Claims)
   •      Form 106G, Schedule G (Executory Contracts and Unexpired Leases)
   •      Form 106H, Schedule H (Your Codebtors)
   •      Form 106I, Schedule I (Your Income)
   •      Form 106J, Schedule J (Your Expenses)
   •      Form 107, Statement of Financial Affairs for Individuals Filing for Bankruptcy
   •      Form 122A-1, B or C-1, as applicable to the chapter (Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income)
   •      Copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by the debtor(s) from any employer of the debtor(s).

3.      The Court orders that the foregoing documents must be filed timely.

4.      11 U.S.C. §521(i) requires the "automatic dismissal" of voluntary bankruptcy cases filed by individuals who are in chapter 7 or chapter 13 bankruptcy cases who do not file all of the information required by §521(a)(1).  Additionally, if the Debtor(s) **does not comply with this order, the case will be dismissed without further notice.**

5.      A party must either satisfy the deficiency or file a pleading denying the existence of the deficiency.

Signed March 19, 2025.

Alfredo R. Perez
United States Bankruptcy Judge

**NOTICE**

11 U.S.C. § 521(a)(1)(B)(iv) requires a debtor to file "copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by the debtor from any employer of the debtor."  It appears that the debtor in this case has failed to file the payment advices required by § 521(a)(1)(B)(iv).

If the debtor did not have an employer during the 60 days before the date of the filing of the petition, the debtor may file a statement in the form attached to this notice.  The statement must be filed with the clerk of the Court within 45 days after the petition was filed in this case.

Relief from the requirements of § 521 (a)(1)(B)(iv) must be sought in writing, by a motion filed within 45 days of the date the petition was filed in this case.

If the debtor fails to file the required payment advices or the statement in the form attached to this notice, the case will be dismissed effective as of the 46th day following the petition date.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

In re:                                                          §               Case No.
                                                                 §

**DEBTOR'S RESPONSE TO**
**ORDER REGARDING NECESSITY OF FILING PAYMENT ADVICES**

My name is _____. I am a debtor in this bankruptcy case. I declare that I did not receive any payment advices or other evidence of payment from any employer during the 60 days before the date of the filing of the bankruptcy petition. If this case is a joint case, both spouses have signed below to make this declaration jointly with respect to both.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____ (date).


_____
Signature of Debtor


_____
Signature of Joint Debtor (if joint case)

United States Bankruptcy Court

Southern District of Texas

In re:                                                                                          Case No. 25-31475-arp

Gary Everett Posey                                                                              Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4                          User: ADIuser                              Page 1 of 1

Date Rcvd: Mar 19, 2025                       Form ID: pdf003                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

**Recip ID              Recipient Name and Address**
db              +   Gary Everett Posey, 51 McClain Rd, Shepherd, TX 77371-2445

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2025                       Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed
below:**

**Name**                          **Email Address**

Alan Dexter Borden

                          on behalf of Debtor Gary Everett Posey alan@resolvelawgroup.com  ResolveLawGroup@jubileebk.net

Janet S Casciato-Northrup

                          jln@hwa.com  jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com

US Trustee

                          USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 3